# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| CECELIA D. WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CALVIN E. JAMERSON, ) | No. 5:17-CV-466-FL |
| CARLA JAMERSON, AND MILLER ) | |
| JAMERSON ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on November 30, 2017, and for the reasons set forth more specifically therein, that the court dismisses plaintiff's claims as asserted in the complaint for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on November 30, 2017, and Copies To:**

Cecelia D. Walton (via U.S. Mail) 2811 Millbrook Manor Ct, Apt 207, Raleigh, NC 27604

| | |
|---|---|
| November 30, 2017 | PETER A. MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |